UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LINDA RAPSEY,<br><br>      Plaintiff,<br><br>vs.<br><br>CONN APPLIANCES, INC.,<br><br>      Defendant. | Case No.: 3:16-cv-03342-G-BN<br><br>STIPULATION OF DISMISSAL |

      COMES NOW Plaintiff LINDA RAPSEY, by and through her attorney of record, Diane L. Mulligan, Esq., and Defendant CONN APPLIANCES, INC., by and through their attorney of record, Michael A. Harvey, Esq., hereby notify the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both Plaintiff and Defendant jointly request this Court dismiss the action with prejudice, both parties to bear own costs.

Date: November 1, 2017

| | |
|---|---|
| s/_Diane L. Mulligan_____ | s/_Michael A. Harvey (with permission) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Linda Rapsey* | *Conn Appliances, Inc., Inc.* |
| Diane L. Mulligan Esq. | Michael A. Harvey, Esq. |
| Law Offices of Michael Lupolover P.C. | Munsch Hardt Kopf & Harr, P.C. |
| 120 Sylvan Ave., Suite 303 | Pennzoil Place |
| Englewood Cliffs, NJ 07632 | 700 Milam St., Suite 2700 |
| Telephone: (201) 461-0059 | Houston, TX 77002 |
| Facsimile: (201) 608-7116 | Telephone: (713) 222-4068 |
| Email: dm@lupoloverlaw.com | Facsimile: (713) 222-1475 |
| | Email: mharvey@munsch.com |